ETHELYN L. STOLL, Appellant, v. NEW YORK AND HARLEM RAILROAD COMPANY, Respondent.— Order entered July 22, 1931, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Appeal from order

entered August 17, 1931, dismissed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.